466 A.2d 729

Commonwealth v. Williams, Appellant.

Submitted July 28, 1983. Ronold John Karasek, for appellant; Michael Vedomsky, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.